IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CITY OF MARION, ARKANSAS                                                              PLAINTIFF

V.                                             NO.3:09-cv-175BSM

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## ORDER TO REMAND

On this date, the parties, City of Marion, Arkansas, and Union Pacific Railroad Company came before this Court consenting to the remand of this action to the originating state court. The Court having considered the consent to remand finds it well taken and hereby remands this action to the Circuit Court of Crittenden County, Civil Division, Case Number CV-2009-558.

IT IS SO ORDERED this 31 day of August, 2010.

_____
Honorable Brian S. Miller
United States District Judge

APPROVED:

CITY OF MARION, ARKANSAS

By: _____
James C. Hale III
66 Mound City Road
Marion, Arkansas 72364
*Attorney for Plaintiff*
*City of Marion, Arkansas*

UNION PACIFIC RAILROAD COMPANY

By: _____
Paul B. Benham III
Jamie Huffman Jones
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3522
*Attorneys for Defendant*
*Union Pacific Railroad Company*